# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ROANOKE DIVISION

| | |
|---|---|
| ERIC LEE CHILDRESS, | ) |
| | ) |
| Plaintiff, | ) Case No. 7:16CV00221 |
| | ) |
| v. | ) **FINAL ORDER** |
| | ) |
| S. AINSWORTH, ET AL., | ) By: James P. Jones |
| | ) United States District Judge |
| Defendants. | ) |

For the reasons set forth in the Opinion accompanying this Final Order, it is **ORDERED** that the Report and Recommendation (ECF No. 42) is hereby ACCEPTED; the plaintiff's claims are DISMISSED under 42 U.S.C. § 1997e(a); and the clerk SHALL close the case.

ENTER: May 9, 2017

/s/ James P. Jones
United States District Judge